IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA B. SU,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.

                                      /

No. C-05-3765 MMC

**ORDER DISMISSING ACTION FOR LACK OF JURISDICTION**

Before the Court is the complaint filed September 19, 2005 by plaintiff Teresa B. Su ("Su"). Su seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)." (See Compl. at 2.)

This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action. See 28 U.S.C. § 2201; see also Hughes v. United States, 953 F.2d 531, 536-537 (9th Cir. 1991) (affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability).

Accordingly, the instant action is hereby DISMISSED, with prejudice.

**IT IS SO ORDERED.**

Dated: September 26, 2005

                                          MAXINE M. CHESNEY
                                          United States District Judge

United States District Court
For the Northern District of California

Dockets.Justia.com